# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

**DELAWARE AMERICAN LIFE**
**INSURANCE COMPANY,**

**Plaintiff,**

**vs.**                                                  **Cause No.  06-CV-972 DRH**

**CHRIS MASTOVICH-KING and**
**KIM BEAL,**

**Defendant**s.

## JUDGMENT IN A CIVIL CASE

The Court having received a Stipulation for Dismissal signed by counsel of record advising this Court that the above action has been settled; and/or having been advised by counsel for the parties that the above action has been settled;

**IT IS ORDERED AND ADJUDGED** that this action is **DISMISSED  with prejudice** with each party to bear its own costs.----------------------------------------------------------------------------

**NORBERT G. JAWORSKI, CLERK**

April 21, 2008                                     By:    s/Patricia Brown
                                                          Deputy Clerk

APPROVED: /s/        *David R Herndon*
                    **CHIEF JUDGE**
                    **U.S. DISTRICT COURT**